110 A.3d 992

Stacy Parks MILLER, Petitioner

v.

BELLEFONTE POLICE DEPARTMENT, Centre County Board of Commissioners, Steven G. Dershem, C. Chris Exarchos, and Michael Pipe, in their official capacities, Louis T. Glantz, in his capacity as Centre County Solicitor, Court of Common Pleas for Centre County, and Court of Common Pleas for Clinton County, Respondents.

Supreme Court of Pennsylvania.

Feb. 13, 2015.

*ORDER*

PER CURIAM.

**AND NOW,** this 13th day of February, 2015, the Application for Leave to File Original Process is **GRANTED.** The Emergency Petition for *Quo Warranto* and Special and/or Preliminary Injunction are **DENIED.** Respondents' motions to dismiss for lack of jurisdiction, standing, and ripeness are **DISMISSED as moot.**